UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAULINO-MENA,

                Plaintiff,

     - against -

PERDUE TRANSPORTATION INC., ET AL.,

                Defendants.

25-cv-8945 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The telephonic conference scheduled for March 9, 2026 in this action is adjourned until **Tuesday, March 17, 2026, at 3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
         February 27, 2026

                      John G. Koeltl
              United States District Judge