UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――

ELVIN DE JESUS PAULINO-MENA,

                Plaintiff,

    - against -

PERDUE TRANSPORTATION INC.,

                Defendant.

―――――――――――――――――――――――――

                       25-cv-8945 (JGK)

                       ORDER

JOHN G. KOELTL, District Judge:

The telephone conference scheduled for March 17, 2026, at 3:00 p.m. is **canceled.**

SO ORDERED.

Dated:   New York, New York
        March 13, 2026

                          John G. Koeltl
                  United States District Judge