UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIN DE JESUS PAULINO-MENA,

                          Plaintiff,

        -v-                                         CIVIL ACTION NO. 25 Civ. 8945 (JGK) (SLC)

PERDUE TRASNPORTATION INC, et. al,                                **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the Initial Case Management Conference held today, April 15, 2026, if the parties consent to conducting all further proceedings before the undersigned, they are directed to complete the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form (the "Form") and file the signed Form for the attention of the Honorable John G. Koeltl.  A copy of the Form can be found on the Court's website at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

Dated:        New York, New York
              April 15, 2026

                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**