UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIN DE JESUS PAULINO-MENA,

                         Plaintiff,

        -v-                                              CIVIL ACTION NO. 25 Civ. 8945 (JGK) (SLC)

PERDUE TRANSPORTATION INC, et. al,                                      **ORDER**

                         Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        Upon the Court's review of the state court filings in this action, the Court notes that although Defendants Perdue Transportation Inc. ("Perdue") and Harvey J. Holden ("Holden") filed an answer to the Complaint, Defendant Nicholas Cepeda ("Cepeda") has not.  (See Dkt. Nos. 1-3 at 17–23; 27-1).  The Court further notes that Cepeda's answer to the cross-claims of Perdue and Holden were due on May 18, 2026.  (Dkt. No. 28).  To date, Cepeda has not filed an answer to the Complaint nor the cross-claims.  As a one-time courtesy the Court sua sponte EXTENDS Cepeda's deadline to respond to the Complaint and to the cross-claims to **Friday, May 29, 2026**.

Dated:        New York, New York
              May 22, 2026

                                        SO ORDERED.


                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**