UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIN DE JESUS PAULINO-MENA,

                              Plaintiff,

        -v-

PERDUE TRANSPORTATION INC, et. al,

                              Defendants.

CIVIL ACTION NO. 25 Civ. 8945 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion (Dkt. Nos. 37–38 (the "Motion to Dismiss")) filed by Defendants Perdue Transportation Inc and Harvey J. Holden (together, the "Perdue Defendants") to dismiss the cross-claims (Dkt. Nos. 34–35 (the "Cross-Claims")) asserted by Defendant Nicolas Quezada Cepeda, along with the Perdue Defendants' answer (Dkt. No. 39 (the "Answer")) to the Cross-Claims.  The Motion to Dismiss, however, asserts some of the same defenses as are advanced in the Answer.  It is unclear, therefore, whether the Perdue Defendants in fact seek dismissal of the Cross-Claims.

Therefore, by **Wednesday, June 24, 2026**, the Perdue Defendants shall file a letter clarifying whether their Answer moots their Motion to Dismiss the Cross-Claims.

Dated:        New York, New York            SO ORDERED
              June 18, 2026

_____
SARAH L. CAVE
United States Magistrate Judge